| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Matthew D. Resnik, Esq. - SBN 182562**<br>**SIMON RESNIK HAYES LLP**<br>**Attorneys at Law**<br>**510 W. Sixth Street, Suite 1220**<br>**Los Angeles, CA  90014**<br>**Tel: (213) 572-0800**<br>**Fax: (213) 572-0860**<br>**E-mail: matt@srhlawfirm.com**<br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:* Debtor(s) | **FILED & ENTERED**<br><br>MAR 05 2015<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY huerta     DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JEFFERY P. KRAFT<br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-10203-NB<br>CHAPTER: 13<br><br>**ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**<br><br>[No Hearing Required] |
|---|---|

Based on the Application for Supplemental Fees (Application) filed on February 9, 2015 as docket entry number 53 ~~and the recommendation of the Chapter 13 Trustee~~, the court orders as follows:

☒    that the sum of $706.13 is hereby allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $706.13, from the estate of the Debtor as funds permit.

☐    that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐    that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

###

Date: March 5, 2015

_____
Neil W. Bason
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                       Page 1                            F 3015-1.12.ORDER.CH13.FEES